IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONNIS ANN JEWELL,
    Plaintiff,

v.  Case No.: 3:12cv67/LAC/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon Plaintiff's Motion to Dismiss Complaint (doc. 8), in which Plaintiff requests that her complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).  As grounds for the dismissal, Plaintiff states that the Appeals Council denied her Request for Review of the partially favorable decision issued July 26, 2011, without giving her an opportunity to present her arguments.  She advised Defendant of this omission but received no response; accordingly, she proceeded with the filing of this case within the statutory period (*id.* at 1).  Recently, the Appeals Council notified Plaintiff that she may submit arguments in support of her Request for Review (*id.* at 2).  Plaintiff states that as Defendant has not yet entered a final decision on her application for benefits, the court lacks jurisdiction to hear this case.  Defendant has not filed an answer to Plaintiff's complaint, and Plaintiff represents that Defendant has no objection to this motion.

      Federal Rule of Civil Procedure 41(a)(1) provides that an action may be dismissed without an order of the court (i) by filing a notice of dismissal at any time before the adverse party serves an answer or a motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.  Rule 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order and on terms

that the court considers proper." Because Defendant has not yet filed an answer in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's Motion to Dismiss Complaint (doc. 8) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 2nd day of April 2012.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**